

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2021

No. 04-20-00151-CV

John **PORTERFIELD,**
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The current deadline for appellee's motion for rehearing is August 27, 2021. On August 30, 2021, appellee filed an unopposed motion requesting a three-day extension of that deadline. Appellee also concurrently filed a motion for reconsideration en banc. After consideration, appellee's motion for extension of time is **GRANTED**. Appellee's motion for reconsideration en banc is deemed timely filed as of August 30, 2021.

It is so **ORDERED** August 31, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT